UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/25/2025
```

WESTFIELD BANK FSB,

        Plaintiff,

-against-

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,

        Defendant.

1:24-cv-6940-MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

    The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 32]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by December 29, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: November 25, 2025
      New York, NY

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1